**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leo Ramos, | No. CV-06-0751-PHX-FJM |
| Plaintiff, | **ORDER** |
| vs. | |
| Anthony Campasano, et al., | |
| Defendants. | |

In his complaint, plaintiff alleges that defendants Campasano, Precision Academy System, Inc., and NCO Financial Systems, Inc. violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, and wrongfully garnished his wages in violation of Arizona state law. He seeks actual, statutory and punitive damages. Defendants have failed to answer the complaint or otherwise defend in this action. The court now has before it plaintiff's motion for default judgment (doc. 10).

On January 10, 2007, we ordered plaintiff to provide further evidence of proof of service before ruling on this motion (doc. 14), and he has now done so (docs. 15, 16). In addition, plaintiff has provided evidence of his actual damages in the amount of $6,098.29 (doc. 15). Accordingly, we grant plaintiff's motion for default judgment against the defendants, jointly and severally, in the amount of $6,098.29. Given the heightened burden of proof, we decline to award either statutory or punitive damages.

1    Therefore, **IT IS ORDERED GRANTING** plaintiff's motion for default judgment
2 (doc. 10).  The clerk is instructed to enter judgment in favor of plaintiff, against each
3 defendant, jointly and severally, in the amount of $6,098.29.

4    DATED this 23rd day of January, 2007.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge